## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br>vs.<br><br>Yeraldin Guadalupe Rivera,<br><br>                                    Defendant. | Case No. **20-cr-03081-JAH**<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information:

21: 952, 960; 18:2 - Importation of Methamphetamine; Aiding and Abetting (Felony)(1)
21: 952, 960; 18:2 - Importation of Heroin; Aiding and Abetting (Felony)(2)
21: 952, 960; 18:2 - Importation of Cocaine; Aiding and Abetting (Felony)(3)
21: 952, 960; 18:2 - Importation of Fentanyl; Aiding and Abetting (Felony)(4)

Dated:  7/26/2021

Hon. John A. Houston
United States District Judge